UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Kelvin Bernard Alexander,<br>    Petitioner, § § § | |
| v. § § | Civil Action H-20-825 |
| Bobby Lumpkin,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. § § § § § | |

## Order of Adoption

On August 24, 2022, Magistrate Judge Peter Bray recommended that the court grant Bobby Lumpkin's amended motion for summary judgment, dismiss Kelvin Bernard Alexander's petition for writ of habeas corpus, and deny Alexander's motion for default judgment. (32) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on September 15, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge